# Court of Appeals
# of the State of Georgia

ATLANTA,   June 26, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0402. VENUS MORGAN v. DAVID FORDHAM.**

Venus Morgan filed this application for discretionary appeal from the trial court's order awarding custody of the parties' three minor children to their father, David Fordham. Pursuant to OCGA § 5-6-34 (a) (11), a direct appeal is authorized from "[a]ll judgments in child custody cases awarding, refusing to change, or modifying child custody or holding or declining to hold persons in contempt of such child custody judgment or orders." Because the order at issue here modified child custody, it was directly appealable.

We will grant a timely-filed discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Morgan shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, she has already filed a notice of appeal, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/26/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

 , Clerk.